UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RITA MORENO,

                Plaintiff,               **ORDER**

v.

                                 22-CV-09977 (PMH)
                                 [Related: 22-CV-04807 (PMH)]

WESTCHESTER DENTAL, P.C., et al.,

                Defendants.
-------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court, having considered Plaintiff's Complaint (Doc. 1) and Statement of Relatedness (Doc. 4), and pursuant to Federal Rule of Civil Procedure 42(a)(2), *sua sponte* consolidates the above captioned case into the action entitled *Pirinea v. Westchester Dental, P.C., et al..* (22-CV-04807). Unless otherwise ordered by the Court, future filings shall be filed and docketed only under docket number 22-CV-04807. This matter shall be subject to the deadlines set forth in the Civil Case Discovery Plan and Scheduling Order entered in 22-CV-04807 on November 10, 2022 (Doc. 30).

Dated:  White Plains, New York                **SO ORDERED.**
         December 2, 2022

                                                          _____
                                                          Philip M. Halpern
                                                          United States District Judge