# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDITH PIRINEA,

                       Plaintiff,

v.

WESTCHESTER DENTAL, P.C., DANIELA HIJAZIN, and
EYAD HIJAZIN,

                       Defendants.
------------------------------------------------------------------X

Docket No.:
22-cv-004807(PMH)(PED)

DEFENDANT'S AMENDED RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

      Defendants, Westchester Dental, P.C. ("Westchester Dental"), Daniela Hijazin ("Daniela") and Eyad Hijazin ("Eyad") (Westchester Dental, Daniela, and Eyad collectively "Defendants") by and through their attorneys, Milman Labuda Law Group PLLC, hereby issues the amended responses to Plaintiff's First Set of Interrogatories as follows:

## GENERAL OBJECTIONS

      Defendants' amended response is subject to the specific General Objections set forth below, each of which is incorporated by reference into the responses to each request. The production of information encompassed within Defendants' General Objections shall not be deemed a waiver of these objections. Defendants object as follows:

      1.     Defendants object to those portions of the Request which purport to impose upon Defendant a burden of production beyond that required by the Federal Rules of Civil Procedure ("FRCP").

      2.     Defendants object to Plaintiff's request to the extent that it requires responses which are subject to the attorney-client or work product privileges.

3. Defendants object to those portions of the request which improperly seek the disclosure of information that is either irrelevant or not calculated to lead to the production of relevant, admissible evidence.

4. Defendants object to Plaintiff's requests to the extent that such requests are overly broad in time and scope and unduly burdensome.

5. Defendants object to Plaintiff's requests to the extent that they are vague.

6. Defendants object to Plaintiff's requests to the extent that such requests concern information for employees other than Plaintiff.

All of Defendants' answers are made subject to the above objections as if restated at length therein.

## RESPONSES

1. Identify all persons involved in responding to these interrogatories.

**RESPONSE:**

**Daniela Hijazin and Eyad Hijazin.**

2. Identify all devices that Defendants are aware of that contain any of the documents requested in Plaintiff's First Set of Document Requests.

**RESPONSE:**

**Defendant Eyad objects on the grounds that he was not Plaintiff's employer and does not possess knowledge sufficient to respond to the request.**

**Defendants Westchester Dental and Daniela Hijazin identify Daniela Hijazin's mobile phone and a desktop computer utilized by plaintiff.**

3. Identify the Plaintiff's hourly rate of pay during the Relevant Time Period. Please include any instances where the Plaintiff's hourly rate of pay changed by indicating what the change was and the date of such change.

**RESPONSE:**

**Defendant Eyad objects on the grounds that he was not Plaintiff's employer and does not possess knowledge sufficient to respond to the request.**

**Defendants Westchester Dental and Daniela Hijzan refer plaintiff to Bates Stamp DEF 1-107.**

4. Identify the time clock system, if any, that is utilized by Westchester Dental, P.C. during the Relevant Time Period.

**RESPONSE:**

**Defendant Eyad objects on the grounds that he was not Plaintiff's employer and does not possess knowledge sufficient to respond to the request. Notwithstanding the objection and without waiving it, Daniela Hijazin. Defendants Westchester Dental and Daniela Hijzan identify Eagle Soft.**

5. Identify all documents that consist of Plaintiff's payroll records.

**RESPONSE:**

**Defendant Eyad objects on the grounds that he was not Plaintiff's employer and does not possess knowledge sufficient to respond to the request.**

**Defendants Westchester Dental and Daniela Hijzan refer plaintiff to Bates Stamp DEF 1-107.**

6. Identify all documents that the Defendants possess, maintain custody of or control that refer, relate to or constitute Westchester Dental, P.C.'s billing records, as it relates to its Medicaid patients during the Relevant Time Period.

**RESPONSE: Defendants object on the grounds that the request seeks information that is ont relevant to the claims or defenses in this case. Defendants also object on the grounds that the request is overbroad in time and scope as it seeks to identify "all" documents, unduly burdensome as it seeks voluminous documents and seeks information that is confidential pursuant to HIPAA and NY CPLR 4504.**

7. Identify any and all names, usernames, or identifying information that Defendants have and/or continue to use for social media and/or third-party applications including, but not limited to WhatsApp, Viber, Snapchat, Reddit, Tumblr, Pinterest, TikTok, YouTube, Twitter, Instagram, and Facebook during the Relevant Time Period.

**RESPONSE:**

**Defendant Eyad objects on the grounds that he was not Plaintiff's employer and does not possess knowledge sufficient to respond to the request.**

**Defendants Westchester Dental and Daniela Hijzan state they are not aware of any.**

8. Identify any and all witnesses to the events set forth in the Amended Complaint.

**RESPONSE:**

**Defendant Eyad objects on the grounds that he was not Plaintiff's employer and does not possess knowledge sufficient to respond to the request. Notwithstanding the objection and without waiving it, Daniela Hijazin.**

**Defendants Westchester Dental and Daniela Hijzan identify Daniela Hijazin, Eyad Hijazin, Moya Allen, Keila Cabodevilla, Miriam Santiago, Prassanata Prahdan.**

4

9. Identify all individuals with knowledge of information relevant to the subject matter of this action.

**RESPONSE:**

**Defendant Eyad objects on the grounds that he was not Plaintiff's employer and does not possess knowledge sufficient to respond to the request. Notwithstanding the objection and without waiving it, Daniela Hijazin.**

**Defendants Westchester Dental and Daniela Hijzan identify Daniela Hijazin, Eyad Hijazin, Moya Allen, Keila Cabodevilla, Miriam Santiago, Prassanata Prahdan.**

10. Identify all computers, cell phones, and/or other electronic devices used by Defendants during the Relevant Time Period which contain or may contain information relevant to the subject matter of this action.

**RESPONSE:**

See response to Interrogatory No. 2 above.

Dated: Lake Success, New York
       February 9, 2023

                         MILMAN LABUDA LAW GROUP PLLC

                         /s/ Michael J. Mauro, Esq.
                         Michael J. Mauro, Esq.
                         Matthew A. Brown, Esq.
                         3000 Marcus Avenue, Suite 3W8
                         Lake Success, NY 11042
                         (516) 328-8899 (office)
                         (516) 328-0082 (facsimile)
                         michael@mllaborlaw.com
                         matt@mllaborlaw.com
                         *Attorneys for Defendants*

# VERIFICATION

Daniela Hijazin, being duly sworn, states:

I am an individual defendant and a representative of the corporate defendant in the above-captioned matter. I have read the foregoing Amended Response to Plaintiff's First Set of Interrogatories ("Response") and know its contents. The Response is true either to my knowledge or from my review of information and materials maintained by the company, except as to matters alleged on information and belief, and to those matters, I believe them to be true.

Dated: February 9, 2023

_____
Daniela Hijazin

Sworn to before me this 9 day
of February 2023

_____
Notary Public

MARIE BELLINO
Notary Public, State of New York
No. 4963303
Qualified in Westchester County
Commission Expires March 12, 2026

# VERIFICATION

Eyad Hijazin, being duly sworn, states:

I am an individual defendant in the above-captioned matter. I have read the foregoing Amended Response to Plaintiff's First Set of Interrogatories ("Response") and know its contents. The Response is true either to my knowledge or from my review of information and materials maintained by the company, except as to matters alleged on information and belief, and to those matters, I believe them to be true.

Dated: February 9, 2023

_____
Eyad Hijazin

Sworn to before me this 9 day
of February 2023

_____
Notary Public

MARIE BELLINO
Notary Public, State of New York
No. 4963303
Qualified in Westchester County
Commission Expires March 12, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February 2023, I served the within Defendants Amended Response to Plaintiff's First Set of Interrogatories via email to the following:

**JACOBS P.C.**
Adam Sherman, Esq.
Eduard Kushmakov, Esq.
595 Madison Avenue, 39th Floor
New York, New York 10022
(212) 229-0476
adam@jacobspc.com
eduard@jacobspc.com

By: /s/ Michael J. Mauro, Esq.