UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDITH PIRINEA, et al.,

        Plaintiffs,

-against-

WESTCHESTER DENTAL, P.C., et al.,

        Defendants.

**ORDER**

22-CV-04807 (PMH)

PHILIP M. HALPERN, United States District Judge:

A Discovery Dispute Conference was held on March 30, 2023. Counsel for all parties appeared. The Court issued its rulings with respect to each of Plaintiff's discovery disputes. As discussed on the record:

- Plaintiff's motion to compel a response to Interrogatory 6 is denied.
- Plaintiff's motion to compel a response to Document Request 9 is denied.
- Plaintiff's motion to compel a response to Document Request 11 is denied.
- Plaintiff's motion to compel a response to Document Request 17 is denied except that Plaintiff may seek documents relating to billing codes upon identifying the specific codes alleged to be fraudulent.
- Plaintiff's motion to compel a response to Document Request 18 is denied except that Plaintiff may seek correspondence from Medicaid providers relating to the specific overbilling allegations in the Complaint.

The Court further advised that Defendant need not produce any patient records covered by the Health Insurance Portability and Accountability Act of 1996 unless and until a Protective Order is entered in the matter. Should the parties require additional time for discovery, they may file a letter requesting an extension in accordance with the Court's Individual Practices.

                            **SO ORDERED:**

Dated: White Plains, New York
          March 31, 2023

_____
PHILIP M. HALPERN
United States District Judge