UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDITH PIRINEA, et al.,

               Plaintiffs,

-against-

WESTCHESTER DENTAL, P.C., et al.,

               Defendants.

**ORDER**

22-CV-04807 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for an in-person pretrial conference on January 16, 2024.

As discussed on the record, the parties are on five days' notice of trial as of February 12, 2024.

As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall file a proposed stipulation and order regarding their contemplated dismissal of Claims for Relief 1 and 2 and dismissal of Eyad Hijazin as a defendant in this action by **February 12, 2024.**

2. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed Joint Pretrial Order and file, by **February 12, 2024**, a revised proposed Joint Pretrial Order.

3. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed *Voir Dire* and file, by **February 12, 2024**, a revised proposed *Voir Dire*.

4. The parties shall meet and confer regarding changes to the proposed Verdict Sheet and file, by **February 12, 2024**, a revised proposed Verdict Sheet.

5. The parties shall meet and confer regarding disputes in the proposed Jury Instructions and file, by **February 12, 2024**, revised proposed Jury Instructions.

6. All of the revised pretrial materials must be filed via ECF and simultaneously e-mailed, in Word format, to Chambers e-mail at HalpernNYSDChambers@nysd.uscourts.gov.

7. A final pretrial conference has been scheduled for **February 26, 2024 at 2:30 p.m. in Courtroom 520** of the White Plains courthouse.

See Transcript.

2

                                        **SO ORDERED:**

Dated:  White Plains, New York
            January 16, 2024

                                        _____
                                        PHILIP M. HALPERN
                                        United States District Judge