UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
**EDITH PIRINEA,**

                **Plaintiff,**

    -against-

**WESTCHESTER DENTAL, P.C.**
**DANIELA HIJAZIN, and EYAD HIJAZIN,**

                **Defendants,**
-----------------------------------------------------------------X

Case No.: 22-cv-4807

NOTICE OF MOTION

    **PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Michael J. Mauro and the Memorandum of Law submitted herewith, Defendants will move this Court before the Honorable Philip M. Halpern, U.S.D.J., at the United States Courthouse, 300 Quarropas St., White Plains,, NY 10601, for an Order (a) directing Plaintiff and her counsel Jacobs P.C. to pay monetary sanctions and attorneys' fees on Counts I, II, and VII of the Amended Complaint and on all Counts as against Defendant Eyad Hijazin, pursuant to: (i) Fed. Rules of Civ. Pro. 11(c) and 26(g); (ii) 28 U.S.C. § 1927; (iii) and/or the Court's inherent power, and (b) for such other remedies as the Court deems just and proper.

Dated:  Lake Success, New York
         January 12, 2024

MILMAN LABUDA LAW GROUP, PLLC

*/s/ Emanuel F. Monaghan, Esq.*
Michael J. Mauro, Esq.
Matthew A. Brown, Esq.
Emanuel Monaghan, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
mjm@mllaborlaw.com
matt@mllaborlaw.com
emanuel@mllaborlaw.com
*Attorneys for Defendants*

---

Plaintiff is directed to file her opposition brief, if any, to Defendants' motion for sanctions (Doc. 73) by March 5, 2024 at 5:00 p.m. Defendants' reply, if any, shall be filed by March 12, 2024 at 5:00 p.m.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
        February 20, 2024