UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDITH PIRINEA, et al.,

        Plaintiffs,

-against-

WESTCHESTER DENTAL, P.C., et al.,

        Defendants.

**ORDER**

22-CV-04807 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

    The parties were put on five days' notice of trial on February 12, 2024. (Doc. 76). The parties are hereby notified that this matter will proceed to trial on **April 15, 2024**. All parties and counsel shall appear on that date at 9:00 a.m. in Courtroom 520 of the White Plains courthouse located at 300 Quarropas Street, White Plains, New York 10601. The parties are directed to immediately notify the Court if they have reached a settlement.

    The pre-trial conference will proceed as scheduled on **February 26, 2024 at 2:30 p.m.** in Courtroom 520 of the White Plains courthouse.

**SO ORDERED:**

Dated:  White Plains, New York
         February 21, 2024

_____
PHILIP M. HALPERN
United States District Judge