UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDITH PIRINEA, et al.,

                Plaintiffs,

-against-

WESTCHESTER DENTAL, P.C., et al.,

                Defendants.

**ORDER**

22-CV-04807 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for an in-person pretrial conference on February 26, 2024.

As discussed on the record, trial will commence in this matter on April 15, 2024.

As explained more fully on the record during the appearance, the Court directs as follows:

1. Plaintiffs shall, by **March 1, 2024**, file a letter advising the Court of any evidence and/or case law supporting the allegation that Plaintiff Moreno is a manual worker. Defendants' response, if any, is due on **March 6, 2024**.

2. Defendants may, by **March 11, 2024**, file a letter regarding the manual worker issue in New York State Supreme Court, Appellate Division, First and Second Departments. Plaintiffs' opposition, if any, shall be filed by **March 18, 2024**.

3. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed Joint Pretrial Order and file, by **March 11, 2024**, a revised proposed Joint Pretrial Order.

4. The parties shall file a proposed stipulation and order regarding their stipulated facts by **March 11, 2024.**

5. The questions in the parties' proposed *Voir Dire* are all granted or granted in substance except that Question 1 regarding jurors' names, Question 19 regarding jurors' financial interests, Question 21 regarding the burden of proof, and Question 28 regarding jurors' involuntary terminations are denied.

6. The parties shall review the proposed *Voir Dire* Questionnaire Form provided by the Court during the conference and file, by **March 11, 2024**, a joint letter informing the Court as to any objections or additions thereto.

7. The parties shall meet and confer and file, by **March 11, 2024**, a single document representing the parties' joint proposed Summary of the Case.

8. The parties shall meet and confer regarding changes to the proposed Verdict Sheet and file, by **March 11, 2024**, a revised proposed Verdict Sheet.

9. All of the revised pretrial materials must be filed via ECF and simultaneously e-mailed, in Word format, to Chambers e-mail at HalpernNYSDChambers@nysd.uscourts.gov.

10. Three exhibit binders containing the parties' exhibits, and an index listing the content of the binders shall be produced to the Court by **April 8, 2024**.

    See Transcript.

Additionally, at Defendants' request, the Court extended Defendants' time to file their reply in support of the pending motion for sanctions (Doc. 73) to **March 19, 2024**.

**SO ORDERED:**

Dated: White Plains, New York
February 26, 2024

_____
PHILIP M. HALPERN
United States District Judge