UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDITH PIRINEA,

                Plaintiff,

-against-

WESTCHESTER DENTAL, P.C., et al.,

                Defendants.

**ORDER**

22-CV-04807 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court has been informed that the Parties have reached a settlement in principle in this case. (Doc. 94). Accordingly, it is hereby **ORDERED** that the parties shall file, by April 15, 2024, either: (i) a joint *Cheeks* submission and fully executed proposed settlement agreement, or (ii) a Proposed Judgment pursuant to Federal Rule of Civil Procedure 68. *See Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019).

    In light of the settlement, Defendants' pending motion for sanctions (Doc. 73) is denied without prejudice and the trial scheduled for April 15, 2024 is cancelled.

    The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 73).

                            **SO ORDERED:**

Dated:   White Plains, New York
          March 15, 2024

                            PHILIP M. HALPERN
                            United States District Judge