**MILMAN LABUDA LAW GROUP PLLC**
3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NEW YORK 11042
_____
TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082

> Application granted.
>
> The Clerk of Court is respectfully requested to terminate the motion sequence pending at Doc. 100.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> April 12, 2024

**Via ECF**

Hon. Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 539
White Plains, New York 10601

      RE:    *Pirinea v. Westchester Dental, P.C. et al.*
              **SDNY Case No.: 22-cv-04807(PMH)**

              **Moreno v. Westchester Dental, P.C. et al.**
              **SDNY Case No.: 22-cv-09977 (PMH)**

Dear Judge Halpern:

      This firm represents the Defendants in the above-referenced matter. The Court has set April 15, 2024, for the parties to either submit: (i) a joint Cheeks submission and fully executed proposed settlement agreement, or (ii) a Proposed Judgment pursuant to Federal Rule of Civil Procedure 68.

      Defendants request that the April 15, 2024, date be extended to May 1. The reason for the extension request is that the undersigned was unaware that the Defendants would be traveling with limited availability to finalize and execute the settlement agreement prior to the submission date. Moreover, the undersigned will be away next week for travel with family and my return runs into Passover. The additional time will enable the finalization and the submission motion for approval and the executed proposed settlement agreement.

      Plaintiffs have consented to this request.

                                              Respectfully submitted,

                                              /s/ Michael J. Mauro

cc:    all counsel of record (via ECF)