# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

**TELEPHONE**
**FACSIMILE**

---

> Application granted.
>
> The Clerk of Court is respectfully requested to terminate the motion sequence pending at Doc. 102.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> May 2, 2024

---

**Via ECF**

Hon. Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 539
White Plains, New York 10601

  RE: *Pirinea v. Westchester Dental, P.C. et al.*
     **SDNY Case No.: 22-cv-04807(PMH)**

     ***Moreno v. Westchester Dental, P.C. et al.***
     **SDNY Case No.: 22-cv-09977 (PMH)**

Dear Judge Halpern:

  This firm represents the Defendants in the above-referenced matter. The Court has set May 1, 2024, for the parties to either submit: (i) a joint Cheeks submission and fully executed proposed settlement agreement, or (ii) a Proposed Judgment pursuant to Federal Rule of Civil Procedure 68.

  Defendants request that the May 1, 2024 deadline be extended to May 15, 2024. The reason for the extension request is that the parties are still revising a proposed settlement agreement. The additional time will enable the finalization and the submission motion for approval and the executed proposed settlement agreement.

  Plaintiffs have consented to this request.

            Respectfully submitted,

            /s/ Michael J. Mauro

cc: all counsel of record (via ECF)